UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEICO CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23CV957 HEA |
| ) | |
| MEGAN TAYLOR JOHONSON, ) | |
| MARCUS J. ALBINO, and HAROLD ) | |
| LEIGH JONES, ) | |
| ) | |
| Defendants, ) | |

## JUDGMENT

In accordance with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUGED, AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants.

**IT IS FURHTER ORDERED, ADJUDGED, AND DECREED** that Plaintiff

has no duty to defend or indemnify Defendant Johnson for claims asserted by Defendant Jones or Defendant Albino arising out of the Accident which occurred

on October 13, 2022.

Dated this 28th day of August, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE